**No. 09-10899. George C. Banks, Petitioner v. John Jordan, Sheriff, Cape Girardeau County, Missouri, et al.**

562 U.S. 855, 131 S. Ct. 118, 178 L. Ed. 2d 72, 2010 U.S. LEXIS 5983.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 354 Fed. Appx. 273.